1
2
3
4
5                    UNITED STATES DISTRICT COURT

6                    EASTERN DISTRICT OF CALIFORNIA

7

8    NEWCO ENERGY ACQUISITIONS              No.  1:15-mc-00027 SKO
     HOLDINGS, LLC,
9                                           **ORDER DENYING WITHOUT
                    Plaintiff,              PREJUDICE MOTION TO ENFORCE
10                                          JUDGMENT AND REASSIGNING CASE**
            v.
11                                          Old Case Number: 1:15-mc-00027 SKO
     DAVID SCHULGEN, et al.,
12                                          **New Case Number: 1:15-mc-00027 JLT**
                    Defendants.
13

14
          The Court is in receipt of Defendants and Judgment Creditors David Shulgen's and Jeff
15
     Duff's "Motion Authorizing Sale of Stock and Credit Bid," filed November 30, 2016 (the
16
     "Motion"), pursuant to a Writ of Execution issued February 24, 2016.  (Doc. 12)  Under
17
     California Code of Civil Procedure § 699.510(a) [1], the Writ of Execution expired 180 days after
18
     issuance, or August 22, 2016.  Accordingly, the Motion is DENIED WITHOUT PREJUDICE
19
     subject to being renewed upon issuance of a valid Writ of Execution, s*ee* Cal. Code Civ. Proc. §
20
     699.510(a), and the hearing set for January 4, 2017, is VACATED.
21
          Furthermore, due to the location of the parties, in particular the judgment creditors, and of
22
     the proposed location for the execution sale, the Court has determined that this case should be
23
     reassigned to the docket of United States Magistrate Judge Jennifer L. Thurston in the Bakersfield
24
     Division of the United States District Court for the Eastern District of California.
25
     //
26

27   _____
     [1] A federal district court has the authority to enforce money judgments in accordance with the practice and procedure
28   of the state in which it sits.  Fed. R. Civ. P. 69(a); *Paul Revere Ins. Grp. v. United States*, 500 F.3d 957, 960 (9th Cir.
     2007).

                                              1

The new case number shall be **1:15-mc-00027 JLT**.  All future pleadings shall be so numbered.  Failure to use the correct case number may result in delay in documents being received by the correct judicial officer.

IT IS SO ORDERED.

Dated:   **January 3, 2017**                              /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE